In the United States Court of Appeals
for the Eighth Circuit

| | | |
|---|---|---|
| The Satanic Temple, Inc., *et al.* | | Plaintiffs-Appellees |
| *vs.* | Case no.: 26-3281 | |
| Mark Campbell, *et al.* | | Defendants-Appellants |

# TST's Corporate Disclosure Statement

**Comes now** The Satanic Temple, Inc., who issues this corporate disclosure statement pursuant to Eighth Cir. R. 26.1A.

1. The Satanic Temple, Inc. is a nonprofit religious corporation with no parent corporations. No publicly held corporation owns 10% or more of The Satanic Temple, Inc.'s stock.

2. As a nonprofit religious corporation, The Satanic Temple, Inc. has neither stock nor owners.



Appellate Case: 26-3281 Page: 1 Date Filed: 11/05/2026 Entry ID: 5703148

Respectfully submitted on November 5, 2026,

By: */s/ Matt Kezhaya*

Matt Kezhaya (MN # 0402193)
KEZHAYA LAW PLC
150 S. Fifth St., Suite 1850
Minneapolis, MN 55402
phone: (612) 276-2216
email: matt@kezhaya.law

## CERTIFICATE OF SERVICE

I hereby certify that on November 5, 2026, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*s/Matt Kezhaya*