No. 26-3281

IN THE
**United States Court of Appeals for the Eighth Circuit**

---

THE SATANIC TEMPLE, INC., AND MORTIMER ADRAMELECH,

*Plaintiffs-Appellees*,

v.

MARK CAMPBELL, *ET AL.*,

*Defendants-Appellants*.

---

On Appeal from the United States District Court
for the Southern District of Iowa
Case No. 4:26-cv-00336-SMR-HCA
(The Honorable Stephanie M. Rose)

---

# DEFENDANT-APPELLANT MARK CAMPBELL'S MOTION FOR AN EXPEDITED APPEAL

---

For the reasons stated in Defendant-Appellant Mark Campbell's contemporaneously filed motion for a stay pending appeal, Director Campbell moves in the alternative for an expedited briefing schedule that would allow this Court to resolve this appeal in advance of the scheduled December 12, 2026 event at the Iowa State Capitol.

November 5, 2026

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

*/s/ Eric Wessan*
ERIC WESSAN
*Solicitor General*

PATRICK C. VALENCIA
*Deputy Solicitor General*

CATHERINE FRAPPIER
*Assistant Solicitor General*

Hoover State Office Building
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 281-5164
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
patrick.valencia@ag.iowa.gov
catherine.frappier@ag.iowa.gov

*Counsel for Defendants-Appellants*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the motion exempted by Fed. R. App. P. 32(f), this document contains 50 words. It also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this motion has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font. And as required by 8th Cir. R. 28A(h), the motion has been scanned for viruses and is virus-free.

/s/ *Eric Wessan*
ERIC WESSAN
*Solicitor General*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 5th day of November, 2026, this motion was electronically filed with the Clerk of Court using the CM/ECF system, which will serve all counsel of record.

/s/ *Eric Wessan*
ERIC WESSAN
*Solicitor General*